# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| JAY JUNIOR AIKEN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00248-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| CHIP L. HALL, ET AL, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2016 Order.

September 21, 2016

Frank G. Johns, Clerk
United States District Court